UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| NADINE SALAS,<br>    Plaintiff,<br><br>    v.<br><br>INTERNAL REVENUE SERVICE,<br>    Defendant. | Case No.   14-cv-04305-NJV<br><br>**ORDER**<br>Re: Dkt. No. 13 |

Upon consideration of the Motion to Dismiss (Doc. 13), it is ORDERED that a hearing on the Motion will be held on February 10, 2015, at 10:00 a.m., at the United States District Court for the Northern District of California, Eureka Division, at 3140 Boeing Ave, McKinleyville, California, 95519. Plaintiff's Response to the Motion is due no later than January 14, 2015, with Defendant's Reply due no later than January 21, 2015.

The parties are hereby reminded of this court's standing order that "[**h**]**earings on civil motions pending before Judge Vadas must be scheduled with the Judge's courtroom deputy, Gloria Knudson** (njvcrd@cand.uscourts.gov or 707-445-3612)." Civil Standing Order at ¶6 (emphasis in original).

**IT IS SO ORDERED**.

Dated: December 3, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge